IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANPHENG ONMAVONG, | ) | 1:10at0518 |
| | ) | |
| | ) | ORDER TO SUBMIT COMPLETE |
| | ) | APPLICATION TO PROCEED IN |
| Plaintiff, | ) | FORMA PAUPERIS |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    On July 20, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. Plaintiff also filed an application to proceed in forma pauperis. The application, however, was not complete. Plaintiff indicated that she has cash in a checking account, but in response to "If 'Yes,' state the total amount," Plaintiff stated "checking only to pay bills no savings." Such a response does not allow the Court to properly evaluate her application.

    Accordingly, Plaintiff is ORDERED to submit a complete application to proceed in forma pauperis within twenty (20) days of the date of service of this order. Plaintiff's application must include the amount of money in her checking account.

1

1 Failure to comply with this order may result in a recommendation that this action be
2 dismissed.
3
4    IT IS SO ORDERED.
5       Dated:   **July 20, 2010**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE